UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

MICHAEL FLOURNOY,

    Plaintiff,

v.                                             Case No. 20-13130

JONATHAN HEMINGWAY,
*et al*.,

    Defendants.
_____/

## JUDGMENT

In accordance with the "Opinion and Order Summarily Dismissing the Complaint, Denying Plaintiff's Motions for Preliminary Injunction, Temporary Restraining Order, and Access to Electronic Filing, and Terminating as Moot Defendants' Motion to Dismiss" entered on May 18, 2021,

IT IS ORDERED AND ADJUDGED that judgment is entered for Defendants Jonathan Hemingway, A.W. Fournelle, Cynthia Suydam, A. Vaughn, L. Huddleston, Lt. Lachman, Lt. Dickman, Ryan Lea, C. Ellison, Chambers, Unknown Regional Administrative Remedy Coordinator, Romero-Licita, and Unknown C/O, and against Plaintiff Michael Flournoy. Dated at Port Huron, Michigan, May 18, 2021.

                                                  KINNIKIA ESSIX
                                                  CLERK OF THE COURT

                                                  By: <u>s/Lisa Wagner</u>
                                                     Lisa Wagner, Case Manager
                                                     to Judge Robert H. Cleland